No. 419. CONTINENTAL DISTILLING CORP. *v.* CENTURY DISTILLING CO. C. A. 3d Cir. Certiorari denied. *Robert T. McCracken, Leonard L. Kalish* and *Earl Jay Gratz* for petitioner. *Joseph S. Clark, Jr.* for respondent.

No. 421. JOHN MCSHAIN, INC. *v.* DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Fred J. Rice* and *Michael M. Doyle* for petitioner. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for respondent.

No. 426. GLOVER ET AL. *v.* McFADDIN ET AL. C. A. 5th Cir. Certiorari denied. *Lewis B. Perkins* for petitioners. *Will E. Orgain* for all respondents, *Earl A. Brown* for the Magnolia Petroleum Co., *Beeman Strong* and *Ewell Strong* for the Stanolind Oil Purchasing Co., and *Archie D. Gray* for the Gulf Oil Corporation et al., respondents.

No. 357. VASZORICH *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Lemuel Skidmore* for petitioner. *J. Frank Weigand* for respondent.

No. 372. CITY OF GALVESTON *v.* MIRANDA ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Robert Richard Thornton* for petitioner. *M. L. Cook* for the Texas Employers' Insurance Association, respondent.

No. 403. LUNN *v.* F. W. WOOLWORTH Co. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK is of the